## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## HELENA DIVISION

MICHAEL RABBIT
REG. #30815-044                                                                                              PETITIONER

VS.                                            2:05CV00125 WRW/JTR

LINDA SANDERS, Warden, FCI,
Forrest City, Arkansas                                                                                   RESPONDENT

### ORDER

Petitioner, who is currently incarcerated in the Federal Correctional Institute located in Forrest City, Arkansas, has filed a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2241. (Docket entry #1.) Petitioner has paid the $5.00 filing fee, and therefore the Court will order service of the Petition.

IT IS THEREFORE ORDERED THAT:

1.   The Clerk of the Court shall serve a copy of the habeas Petition (docket entry #1) and this Order on Respondent and the United States Attorney by mail.

2.   Respondent shall file a responsive pleading **within twenty (20) days** of service.

Dated this __8th__ day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE